89 A.3d 581

IN THE MATTER OF CHRISTOPHER D. BOYMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 036901987).

May 16, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–299, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **CHRISTOPHER D. BOYMAN of CRANFORD,** who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law pursuant to *Rule* 1:20–17(e)(1) since February 6, 2012, for failing to pay disciplinary costs, should be censured for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CHRISTOPHER D. BOYMAN** is hereby censured; and it is further

ORDERED that **CHRISTOPHER D. BOYMAN** shall not be reinstated to practice following his payment for costs to the Disciplinary Oversight Committee (District XIV–2012–0483E) un-

less and until he has filed the required *Rule* 1:20–20 affidavit; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension and that he shall comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that respondent comply with *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for action for contempt pursuant to *Rule* 1:10–2; it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.